**Order issued December 5, 2013**



In The

## Court of Appeals

For The

## First District of Texas

_____

NO. 01-12-00064-CR
_____

**SCOTT FANCHER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the Co Crim Ct at Law No 6**
**Harris County, Texas**
**Trial Court Cause No. 1745796**

---

### ORDER

This court has determined, pursuant to Texas Rule of Appellate Procedure 34.5(f) and 34.6(g)(2), that it must inspect the original of **State's Exhibit No. 2 (a**

**DVD).**  The reporter's record reflects that the exhibit is in the possession of the "Harris County Exhibit Clerk."

The Harris County District Clerk is directed to deliver to the Clerk of this court the original of State's Exhibit No. 2 (a DVD), on or before **December 11, 2013. This case is set for submission on December 11, 2013.**  The Clerk of this court is directed to receive, maintain, and keep safe this original exhibit; to deliver it to the justices of this court for their inspection; and, upon completion of inspection, to return the original of State's Exhibit No. 2 (a DVD), to the Harris County District Clerk.

PER CURIAM